IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-298-H(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| TREYTON LEE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

A pretrial conference was held in this matter on May 4, 2017, at which Defendant was present and appeared without counsel. The government was represented by Assistant United States Attorneys Susan Menzer, Melissa Kessler.

The government indicated it had provided an index of discovery materials to Melissa Hill, one of the attorneys retained by Defendant to represent him in connection with his motion to reopen the issue of detention.[1] The government further indicated that it has the materials ready to be produced in electronic format but that it has not made any further discovery due to the need for a protective order in light of confidential information contained in the discovery materials.

For the reasons stated in open court, which are incorporated herein by reference, the court ORDERED as follows:

---

[1] According to the government, Ms. Hill has not requested discovery of any of the materials in connection with the issue of detention.

1. Upon filing of a motion for protective order by the government, Defendant shall have ten (10) days from the date of service to file a written response.[2]

2. The government shall provide discovery to Defendant within ten (10) days after the date of the court's ruling on any such protective order.

3. Any pretrial motions, including motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16, and 41, Fed. R. Crim. P., shall be filed no later than **June 21, 2017.** Responses to motions shall be filed no later than **July 5, 2017**.

4. Defendant's arraignment is continued to the court's **July 11, 2017,** term in Greenville.

The delay occasioned by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that Defendant's right to effective representation and the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

This 23rd day of May 2017, for May 4, 2017.

_____
KIMBERLY A. SWANK
United States Magistrate Judge

---

[2] The government filed its motion for protective order [DE #38] and served a copy of the motion on Defendant on May 17, 2017. Accordingly, Defendant's response shall be due May 30, 2017.