UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-298-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TREYTON LEE THOMAS, | ) | |
| fka Tracy Lee Thomas, | ) | |
| aka Trayton Thomas, | ) | |
| aka T.L. Thomas, | ) | |
| aka Lee Thomas, | ) | |
| aka Erick Stratton | ) | |
| | ) | |

This matter having coming before the Court on the Government's Motion for a Date Certain to Produce Discovery, it is hereby ORDERED that the Government produce discovery to Defendant, if no counsel has filed a notice of appearance, by June **30**, 2017.

SO ORDERED this **22** day of June 2017.

                                                   _____
                                                   JAMES C. DEVER, III
                                                   Chief, United States District Judge