UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-298-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TREYTON LEE THOMAS, | ) |
|     fka Tracy Lee Thomas, | ) |
|     aka Trayton Thomas, | ) |
|     aka T.L. Thomas, | ) |
|     aka Lee Thomas, | ) |
|     aka Erick Stratton | ) |
| | ) |

This matter is before the Court on the Government's to Set Scheduling Deadlines. For good cause shown, it is hereby ORDERED that the Government's Motion is GRANTED. Pretrial motions in this case shall be filed by October 1, 2018. Responses shall be filed by October 15, 2018.

SO ORDERED this **31** day of **August** 2018.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE