| Form **4549-A** (Rev. March 2013) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** (Unagreed and Excepted Agreed) | | Page 1 of 8 |
|---|---|---|---|
| Name and Address of Taxpayer<br>Treyton Thomas | Taxpayer Identification Number | | Return Form No.:<br>1040 |
| | Person with whom examination changes were discussed. | Name and Title:<br>Treyton Thomas | |

| 1. Adjustments to Income | Period End<br>12/31/2006 | Period End<br>12/31/2007 | Period End<br>12/31/2008 |
|---|---:|---:|---:|
| a. Sch C1 - Gross Receipts Marbury, etc to BOA 0669 | 165,000.00 | 196,000.00 | 151,750.00 |
| b. Sch C1 - Gross Receipts fm Marbury to OldCollierCC | 80,000.00 | 108,000.00 | 14,000.00 |
| c. Sch C1 - Gross Receipts fm Marbury CNA to Premier | 144,600.00 | 133,000.00 | 162,000.00 |
| d. Taxable Interest | 10.00 | 5.00 | 3.00 |
| e. Exemptions | (1,100.00) | (1,133.00) | (2,333.00) |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 388,510.00 | 435,872.00 | 325,420.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 4. Corrected Taxable Income | 388,510.00 | 435,872.00 | 325,420.00 |
|     Tax Method | TAX RATE | TAX RATE | TAX RATE |
|     Filing Status | Married Separate | Married Separate | Married Separate |
| 5. Tax | 122,604.00 | 138,658.00 | 99,685.00 |
| 6. Additional Taxes / Alternative Minimum | | | |
| 7. Corrected Tax Liability | 122,604.00 | 138,658.00 | 99,685.00 |
| 8. Less Credits a. | | | |
|     b. | | | |
|     c. | | | |
|     d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 122,604.00 | 138,658.00 | 99,685.00 |
| 10. Plus Other Taxes a. | | | |
|     b. | | | |
|     c. | | | |
|     d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 122,604.00 | 138,658.00 | 99,685.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 13. Adjustments to: a. | | | |
|     b. | | | |
|     c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a through 13c) | 122,604.00 | 138,658.00 | 99,685.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15)<br>(Excluding interest and penalties) | 122,604.00 | 138,658.00 | 99,685.00 |

IRS 31

Catalog Number 23110T     www.irs.gov     Form **4549-A** (Rev. 3-2013)

Case 5:16-cr-00298-D    Document 136-2    Filed 07/18/19    Page 1 of 8

GOVERNMENT EXHIBIT 1

Form **4549-A**
(Rev. March 2013)

Department of the Treasury-Internal Revenue Service

# Income Tax Examination Changes
(Unagreed and Excepted Agreed)

Page 2 of 8

Name of Taxpayer: Trevton Thomas
Taxpayer Identification Number:
Return Form No.: 1040

| 17. Penalties/ Code Sections | Period End 12/31/2006 | Period End 12/31/2007 | Period End 12/31/2008 |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 122,604.00 | 138,658.00 | 99,685.00 |
| b. Penalties *(Line 18)* - computed to 07/31/2017 | | | |
| c. Interest *(IRC § 6601)* - computed to 08/30/2017 | 0.00 | 0.00 | 0.00 |
| d. TMT Interest - computed to 08/30/2017 *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 122,604.00 | 138,658.00 | 99,685.00 |

**Other Information:**

This report is for criminal prosecution purposes only.

Examiner's Signature:
Name: Edward C Coakley Jr
Employee ID:
Office: Raleigh, NC
Date: 07/31/2017

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Name and Address of Taxpayer: Treyton Thomas .e

Return Form No.: 1040

Name and Title: Treyton Thomas

| | | Period End 12/31/2009 | Period End 12/31/2010 | Period End 12/31/2011 |
|---|---|---:|---:|---:|
| 1. | **Adjustments to Income** | | | |
| a. | Sch C1 - Gross Receipts Marbury, etc to BOA 0669 | 108,450.00 | 78,700.00 | 81,560.00 |
| b. | Sch C1 - Gross Receipts fm Marbury CNA to Premier | 161,000.00 | 121,625.00 | 121,500.00 |
| c. | Taxable Interest | 1.00 | 1.00 | 1.00 |
| d. | Exemptions | (2,433.00) | (3,650.00) | (3,700.00) |
| e. | Sch C1 - Gross Receipts - Markman/ProTrading | | 95,179.00 | 482,160.00 |
| f. | Sch C1 - Gross Receipts fm Marbury to OldCollierCC | | 7,000.00 | 10,000.00 |
| g. | SE AGI Adjustment | | (6,724.00) | (13,076.00) |
| h.–p. | | | | |
| 2. | **Total Adjustments** | 267,018.00 | 292,131.00 | 678,445.00 |
| 3. | Taxable Income Per Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 4. | **Corrected Taxable Income** | 267,018.00 | 292,131.00 | 678,445.00 |
| | Tax Method | TAX RATE | TAX RATE | TAX RATE |
| | Filing Status | Married Separate | Married Separate | Married Separate |
| 5. | **Tax** | 78,637.00 | 87,400.00 | 222,391.00 |
| 6. | **Additional Taxes / Alternative Minimum** | | | |
| 7. | Corrected Tax Liability | 78,637.00 | 87,400.00 | 222,391.00 |
| 8. | **Less Credits** a. b. c. d. | | | |
| 9. | **Balance** (Line 7 less total of Lines 8a thru 8d) | 78,637.00 | 87,400.00 | 222,391.00 |
| 10. | **Plus Other Taxes** a. Self Employment Tax b. c. d. | | 13,448.00 | 24,020.00 |
| 11. | Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 78,637.00 | 100,848.00 | 246,411.00 |
| 12. | Total Tax Shown on Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 13. | Adjustments to: a. b. c. | | | |
| 14. | Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 78,637.00 | 100,848.00 | 246,411.00 |
| 15. | Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. | **Balance Due or (Overpayment)** - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 78,637.00 | 100,848.00 | 246,411.00 |

IRS 33

Form **4549-A**
(Rev. March 2013)

Department of the Treasury-Internal Revenue Service

# Income Tax Examination Changes
(Unagreed and Excepted Agreed)

Page 4 of 8

| Name of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| Trevton Thomas | | 1040 |

| 17. Penalties/ Code Sections | Period End 12/31/2009 | Period End 12/31/2010 | Period End 12/31/2011 |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or (Overpayment) Taxes - *(Line 16, Page 1)* | 78,637.00 | 100,848.00 | 246,411.00 |
| b. Penalties *(Line 18)* - computed to 07/31/2017 | | | |
| c. Interest *(IRC § 6601)* - computed to 08/30/2017 | 0.00 | 0.00 | 0.00 |
| d. TMT Interest - computed to 08/30/2017 (on TMT underpayment) | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 78,637.00 | 100,848.00 | 246,411.00 |

**Other Information:**

This report is for criminal prosecution purposes only.

| Examiner's Signature: Name | Employee ID: | Office: | Date: |
|---|---|---|---|
| Edward C Coakley Jr | | Raleigh, NC | 07/31/2017 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Form **4549-A**
(Rev. March 2013)

Department of the Treasury-Internal Revenue Service

# Income Tax Examination Changes
(Unagreed and Excepted Agreed)

Page 5 of 8

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: 1040 |
|---|---|---|
| Treyton Thomas | Person with whom examination changes were discussed. | Name and Title: Treyton Thomas |

| 1. Adjustments to Income | Period End 12/31/2012 | Period End 12/31/2013 | Period End 12/31/2014 |
|---|---|---|---|
| a. Sch C1 - Gross Receipts - Markman/ProTrading | 239,312.00 | 258,382.00 | 441,496.00 |
| b. Sch C1 - Gross Receipts Marbury, etc to BOA 0669 | 140,500.00 | | |
| c. Sch C1 - Gross Receipts fm Marbury CNA to Premier | 13,500.00 | | |
| d. Sch C1 - Gross Receipts from Cimex | 84,000.00 | | |
| e. Taxable Interest | 1.00 | | |
| f. SE AGI Adjustment | (10,029.00) | (10,510.00) | (13,321.00) |
| g. Exemptions | (3,800.00) | | |
| h. Sch C1 - Gross Receipts or Sales-Wells Fargo Bank | | | 11,535.00 |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 463,484.00 | 247,872.00 | 439,710.00 |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 4. **Corrected Taxable Income** | 463,484.00 | 247,872.00 | 439,710.00 |
| Tax Method | TAX RATE | TAX RATE | TAX RATE |
| Filing Status | Married Separate | Married Separate | Married Separate |
| 5. **Tax** | 146,789.00 | 71,980.00 | 147,502.00 |
| 6. **Additional Taxes / Alternative Minimum** | | | |
| 7. Corrected Tax Liability | 146,789.00 | 71,980.00 | 147,502.00 |
| 8. **Less Credits** a. b. c. d. | | | |
| 9. **Balance** (Line 7 less total of Lines 8a thru 8d) | 146,789.00 | 71,980.00 | 147,502.00 |
| 10. Plus Other Taxes a. Self Employment Tax | 17,860.00 | 21,019.00 | 26,641.00 |
| b. Additional Medicare Tax | | 1,023.00 | 2,640.00 |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 164,649.00 | 94,022.00 | 176,783.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 13. Adjustments to: a. b. c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 164,649.00 | 94,022.00 | 176,783.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. **Balance Due or (Overpayment)** - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 164,649.00 | 94,022.00 | 176,783.00 |

IRS 35

Form **4549-A**
(Rev. March 2013)

Department of the Treasury-Internal Revenue Service

# Income Tax Examination Changes
(Unagreed and Excepted Agreed)

Page 6 of 8

| Name of Taxpayer<br>Trevton Thomas | Taxpayer Identification Number | Return Form No.:<br>1040 |
|---|---|---|

| 17. Penalties/ Code Sections | Period End<br>12/31/2012 | Period End<br>12/31/2013 | Period End<br>12/31/2014 |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 164,649.00 | 94,022.00 | 176,783.00 |
| b. Penalties *(Line 18)* - computed to 07/31/2017 | | | |
| c. Interest *(IRC § 6601)* - computed to 08/30/2017 | 0.00 | 0.00 | 0.00 |
| d. TMT Interest - computed to 08/30/2017 *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 164,649.00 | 94,022.00 | 176,783.00 |

Other Information:

This report is for criminal prosecution purposes only.

| Examiner's Signature:<br>Name<br>Edward C Coakley Jr | Employee ID: | Office:<br>Raleigh, NC | Date:<br>07/31/2017 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23110T     www.irs.gov     Form **4549-A** (Rev. 3-2013)
IRS 30
Case 5:16-cr-00298-D     Document 136-2     Filed 07/18/19     Page 6 of 8
GOVERNMENT EXHIBIT 1

Form **4549-A**
(Rev. March 2013)

Department of the Treasury-Internal Revenue Service

# Income Tax Examination Changes
(Unagreed and Excepted Agreed)

Page 7 of 8

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: 1040 |
|---|---|---|
| Treyton Thomas<br><br>Le | Person with whom examination changes were discussed. | **Name and Title:**<br>Treyton Thomas |

| 1. Adjustments to Income | Period End<br>12/31/2015 | Period End | Period End |
|---|---|---|---|
| a. Sch C1 - Gross Receipts or Sales-Wells Fargo Bank | 6,300.00 | | |
| b. Sch C1 - Gross Receipts - Markman/ProTrading | 193,753.00 | | |
| c. SE AGI Adjustment | (10,026.00) | | |
| d. Exemptions | (1,680.00) | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 188,347.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | | |
| 4. **Corrected Taxable Income** | 188,347.00 | | |
|    Tax Method | TAX RATE | | |
|    Filing Status | Married Separate | | |
| 5. **Tax** | 49,919.00 | | |
| 6. Additional Taxes / Alternative Minimum | | | |
| 7. Corrected Tax Liability | 49,919.00 | | |
| 8. **Less** a. | | | |
|    **Credits** b. | | | |
|    c. | | | |
|    d. | | | |
| 9. **Balance** (Line 7 less total of Lines 8a thru 8d) | 49,919.00 | | |
| 10. **Plus** a. Self Employment Tax | 20,052.00 | | |
|    **Other** b. Additional Medicare Tax | 538.00 | | |
|    **Taxes** c. | | | |
|    d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 70,509.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | | |
| 13. Adjustments to: a. | | | |
|    b. | | | |
|    c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a through 13c) | 70,509.00 | | |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. **Balance Due or (Overpayment)** - (Line 14 adjusted by Line 15)<br>(Excluding interest and penalties) | 70,509.00 | | |

IRS 37

Form **4549-A**
(Rev. March 2013)

Department of the Treasury-Internal Revenue Service

# Income Tax Examination Changes
(Unagreed and Excepted Agreed)

Page 8 of 8

| Name of Taxpayer | Taxpayer Identification Number | Return Form No.: |
|---|---|---|
| Trevton Thomas | : | 1040 |

| 17. Penalties/ Code Sections | Period End 12/31/2015 | Period End | Period End |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total Penalties | | | |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | | |
| 19. Summary of Taxes, Penalties and Interest: | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 70,509.00 | | |
| b. Penalties *(Line 18)* - computed to 07/31/2017 | | | |
| c. Interest *(IRC § 6601)* - computed to 08/30/2017 | 0.00 | | |
| d. TMT Interest - computed to 08/30/2017 *(on TMT underpayment)* | 0.00 | | |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 70,509.00 | | |

**Other Information:**

This report is for criminal prosecution purposes only.

| Examiner's Signature: Name | Employee ID: | Office: | Date: |
|---|---|---|---|
| Edward C Coakley Jr | ( | Raleigh, NC | 07/31/2017 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.