January 19 2019

Honarable Chief District Court Judge James C. Dever III
United States Courthouse
Eastern District of North Carolina
310 New Bern Avenue
Raleigh NC 27601

Re: Trey Thomas Letter/victim statement

Dear Honarable Dever,

I am writng you today for the purpose of Trey Thomas's actions and how it not only affected me and the employee's of NC and Va Warranty Co, but most importantly the founder of NC and VA Warranty Co, Ronnie Thomas (deceased), Trey Thomas's father.

My relationship to Ronnie Thomas extends back to 1978 when I met him at an auto dealership in Durham NC. I was in the market for a new car and by circumstance Ronnie Thomas (in which I will refer to as Mr. Thomas from this point on in this letter) was the salesperson who assisted me in my purchase. Mr. Thomas and I very quickly established a friendship as he shared that he once worked in a small town in Virginia in which I grew up.

I would see Mr. Thomas on my visits to the dealership for service and we always enjoyed our conversations together. On one visit, I happened to be in between jobs and Mr. Thomas asked me if I ever thought about selling cars, that he thought I would be very good in that profession. Mr. Thomas shared with me the love he had for the business and I could tell he was passionate about the auto business. After careful consideration, Mr. Thomas introduced me to the Sales Manager and upon interviews with various management and owner, I decided to take a sales position. Mr. Thomas was my mentor and took upon himself to assit me in my indoctrination into the auto sales profession. We worked together for about 11 months as the dealership was closed by Ford Motor Co in May 1980. Upon that event, Mr. Thomas and I went separate ways but remained in the auto business and unfortuanately lost contact with one another over time.

I spent the next 20 1/2 years working for another dealership in various management positions but never ran across Mr. Thomas but learned he had ventured into the warranty product business and had become successful to the point he had his own business. I too had been sucessful and was fortunate to obtain a Dodge,Chrysler, Jeep franchise in South Boston VA in 2001. Due to the econmic conditons in 2007/2008 financial circumstances led me to voluntary relinquish my franchise and left South Boston in April 2009.

In early January 2010, I recieved a phone call from Mr. Thomas and he invited me to have lunch with him one day to "catch up" on the past. I met Mr. Thomas at Treyburn Country Club in mid

Case 5:16-cr-00298-D    Document 136-3    Filed 07/18/19    GOVERNMENT EXHIBIT 3

January and we spent about (4) hours talking together, sharing how we met and what we both had been doing the last 30 years.

It was from this meeting Mr. Thomas shared that it was time for him to slow down and that he was looking for someone to come into his business and take the reins so to speak. He graciously expressed that he thought I would be the best candidate to come in and learn his business and If I felt like it was something I enjoyed and wanted to persue ownership at a later time that this would be on the table. I want to make clear that Mr. Thomas made no promises to me about ownership but it would be possible. During this conversation Mr. Thomas shared he had a son that had no interest in acquiring or taking over the business due to his own success and that he lived in Florida.

Mr. Thomas shared he had (2) neice's (Becky Lea and Barbara Winstead) working for him administratively and had been employed by him since the early to mid 1980's and he wanted to see his business continue primarily for their employment as he felt they had been an integral part of his successful business. He shared that he felt I could come into his business and that with my sales/professional background that the business would coninue to flourish and could be prosperous for all his employees.

Upon several other meetings with Mr. Thomas and he sharing confidentially the financial aspects of his business, I opted to join his company on February 8th 2010. Mr. Thomas and I spent the next two weeks together traveling by auto to various acounts in N.C. and VA. introducing me to his clients and professional organizations. Mr. Thomas felt it woud be best for me to start in sales and gradually work into managment so that I may better learn the business.

Hopefully Honarable Dever I have not lost your attention along the way but I will now shift to the fatefull day August 16th 2012 when I learned of the visit from the Secret Service at the office regarding Trey Thomas's deceit and eventual downfall of NC and VA Warranty Co.

Upon returning from the Tidewater area of Virginia late on the day of August 16th, Becky and Barbara were visibly shaken from the revelation by Agent Stan Crowder of Trey Thomas's actions. I phoned agent Crowder and asked could I meet with him the following day to discuss what had happened.

I met with Agent Crowder in his office Friday August 17th and he revealed as much as he could about what had been discovered since the investigation into Trey Thomas actions started in March 2012. Needless to say I was shocked/dismayed to hear what Agent Crowder shared with me and respectfully asked why it took (5) months to inform Mr. Thomas of Trey's actions. He said to ascertain that their was no involvement from Mr. Thomas or other employees in Trey's actions.

Honarable Dever, when I met with Mr. Thomas the following week, he was in disbelief that his own son would steal his companies and personal wealth. Mr. Thomas did not know at that time the depth and scope of Trey's actions and how it would eventually bankrupt him personally and the company he had worked so tirelessly to make it successful.

Mr. Thomas told me that he would understand if I opted to leave his employment due to what had happened, but if I "stuck" with him, NC and VA Warranty could continue. That evening my wife and I talked about the situation and upon careful consideration and prayer, I decided to "stick" with Mr. Thomas and do all I could to help see him through this difficult situation.

The next (2) years or so Becky, Barbara, Mr. Thomas and myself worked feverishly to try and salvage the business, including trying to sell the business in which was Mr. Thomas's least favorable consideration. As time progessed from the initial revelation of Trey's actions until the closing of the business in December 31st 2014, I saw Mr. Thomas's health decline and he coming to grips with the demise of his company.

Yes, I was greatly inpacted by the demise of NC and VA Warranty. I had suffered a great financial loss when I closed my business in August 2008 . I thought my opportunity with NC and VA warranty would lead to further success it has to a certain extent. Little did I know at the time that based on what had happened with the loss of my business would "assist" in dealing with Mr. Thomas's loss.

Beginning with the close of my business in 2008 through the close of NC and VA warranty in December 2014, myself and my family have gone through some difficult times, but because of my faith in GOD we have perservered.

Everyone can take a look back at life's circumstances and ask "what if". Mr. Thomas was key to my introduction in the automobile and related business and although there has been some speed bumps along the way, it has all helped me lean on GOD for guidance.

I feel deeply for the past employees and clients fo NC and VA Warranty. The employess suffered the loss of employment in a company that had endured success and some felt it was their "retirement" job, including myself. Becky and Barbara spent 25 years or so working for their uncle being told by him that he would "take care" of them as they had meant much to his success and their faithfulness to him and his company. I do not know specifically Becky and Barbara's financial means, but know they were impacted greatly by NC and VA's demise.

The one who suffered the most and lost all, including his life,was Mr. Thomas. I spent many days with Mr. Thomas in the last few months prior to the business closing and continously discussing how the business could be salvaged. On many occasions him asking out loud, "why did my son who I trusted, turn his back on me and ruin me and my company". An answer in which he will never know. Up until the last week of the business closing, Mr. Thomas held out hope his company that he worked so hard for, would be "ok". The last week of December it finally became real to Mr. Thomas that all he had worked so hard for, the relationships he had established, the pride he felt was coming to an end. On December 31st 2014 Mr. Thomas and I had a very emotional good bye. I thanked him for the opportunity he gave me, the trust he put into me when I was hired. He thanked me as well and for sticking with him till the end.

Honarable Dever, Becky and Barbara suffer to this day with the demise of NC and VA Warranty and the financial loss they have endured. My heart goes out to them as I feel like other than Mr. Thomas himself, they have lost the most. A good paying job that they enjoyed and the prospect

of future financial stabilty now in the past.

As for Mr. Thomas, it is my belief that Trey's actions and betrayal left him a broken man and contributed to his passing early April 2015, just a few short months after the closing of his business. He saw everything crumble before his eye's, the company he took much deserved pride in, his personal wealth, his home, the friendships established along the way.

I realize you are bound by the rules of law in sentencing Trey Thomas and with that being stated, that the crime(s) Trey has committed will lead to the maximum sentence allowed by law. He does not deserve in my opinion to be given no less than what he deserves by law without the consideration of a plea agreement.

I, like Mr. Thomas, would wish to know what led him to betray the trust of his father.

Honarable Dever, thank you for allowing me to address this tragic event on behalf of all the former employees but most important, Mr. Thomas.

Sincerely,

Robert A. Puckett

4

Case 5:16-cr-00298-D    Document 136-3    Filed 07/18/19    Page 4 of 4    GOVERNMENT EXHIBIT 3