# SARA A. CONTI
ATTORNEY AT LAW
POST OFFICE BOX 939
CARRBORO, NORTH CAROLINA 27510

TELEPHONE
(919) 967-3375

E-MAIL
saraconti@bellsouth.net

OFFICE ADDRESS
1117 HERON POND DRIVE
CHAPEL HILL, NORTH CAROLINA 27516

## DECLARATION OF VICTIM LOSSES

NC & VA Warranty Company, Inc's specific losses as a result of this offense are summarized as follows:

Treyton L Thomas, ("the Defendant"), is the son of Mr. Ronnie Thomas ("Mr. Thomas"), who was the owner of NC & VA Warranty Company, Inc. ("NCVA") Mr. Thomas had run the business of NCVA successfully for several decades, until a period from on or about 2002 through 2012, when the Defendant began to misappropriate funds from NCVA.

The Defendant represented to Mr. Thomas that he could invest the funds held by NCVA at a higher rate of return, and over the course of the next several years, funds in the total amount of $8,911.409.52 were transferred from NCVA to the Defendant, allegedly for investment purposes. The funds were deposited into accounts held and controlled by an entity controlled by the Defendant, Marbury Advisors, one of which was an account held at Interactive Brokers in the name of Marbury Advisors.

Instead of investing the funds transferred from NCVA, the Defendant diverted and appropriated the funds for his own use. When the fraudulent representations and subsequent theft by the Defendant from NCVA were discovered, NCVA had no funds with which to continue to operate its business, and it was forced to file a Chapter 7 bankruptcy case. Likewise, Mr. Thomas had no money with which to maintain his financial obligations, and he was forced to file Chapter 7 bankruptcy, as well. He lost his home, his car, his business, and all his property, and he died soon thereafter.

Mr. Thomas and NCVA filed a lawsuit in the United States District Court for the Middle District of North Carolina on December 20, 2013 (Case No. 13-CV-1130). A Default Judgment was entered in that case on November 04, 2015, in the amount of $26,734,204.56.

Additionally, NCVA filed a lawsuit in Person County, North Carolina, against Interactive Brokers, LLC and Marbury Advisors and others, in October 2014 (Case No. 14 CVS 309), seeking return to NCVA of funds held by Interactive Brokers in the name of Marbury Advisors and belonging to NCVA in the approximate amount of $326,000.00. It is those funds that were seized by the U.S. Government and are the subject of this forfeiture proceeding. Other victims seeking claims to the funds seized by the government, including Dealers Assurance Company, have filed claims against NCVA in its bankruptcy proceeding and will share in any funds awarded to NCVA by way of restitution or remission.