# STATE OF TENNESSEE
## Office of Vital Records

**GOVERNMENT EXHIBIT A**

### TENNESSEE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

STATE FILE NUMBER: 2018 038023

**DECEDENT**

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | WILLIAM JAMES STONE JR. |
| 2. SEX | MALE |
| 3. DATE OF DEATH | 07/09/2018 |
| 4. TIME OF DEATH (Approx.) | 12:24 PM |
| 5a. AGE | 89 |
| 5b. UNDER 1 YEAR | Months / Days |
| 5c. UNDER 1 DAY | Hours / Minutes |
| 6. DATE OF BIRTH | 1929 |
| 7. BIRTHPLACE | BRISTOL, VA |
| 8a. PLACE OF DEATH | DECEDENT'S HOME |
| 8b. FACILITY NAME | |
| 8c. CITY OR TOWN | BRISTOL |
| 8d. COUNTY OF DEATH | SULLIVAN |
| 9. MARITAL STATUS | WIDOWED |
| 10. SURVIVING SPOUSE (name prior to first marriage) | |
| 11a. DECEDENT'S USUAL OCCUPATION | OWNER |
| 11b. KIND OF BUSINESS/INDUSTRY | COAL |
| 12. SOCIAL SECURITY NUMBER | 3279 |
| 13a. RESIDENCE-STATE OR FOREIGN COUNTRY | TENNESSEE |
| 13b. COUNTY | SULLIVAN |
| 13c. CITY OR TOWN | BRISTOL |
| 13d. STREET AND NUMBER | |
| 13e. INSIDE CITY LIMITS? | YES |
| 13f. ZIP CODE | |
| 14. WAS DECEDENT EVER IN US ARMED FORCES? | NO |
| 15. DECEDENT'S EDUCATION | BACHELOR'S DEGREE |
| 16. DECEDENT OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| 17. DECEDENT'S RACE | WHITE |

**PARENTS**

| Field | Value |
|---|---|
| 18. FATHER'S NAME | WILLIAM JAMES STONE |
| 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | MARGARET CHILDRESS |
| 20a. INFORMANT'S NAME | PATRICIA LOUISE STONE |
| 20b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 20c. MAILING ADDRESS | TN 37620 |

**DISPOSITION**

| Field | Value |
|---|---|
| 21a. METHOD OF DISPOSITION | BURIAL |
| 21b. PLACE OF DISPOSITION | GLENWOOD CEMETERY |
| 21c. LOCATION | BRISTOL, TN |
| 22a. SIGNATURE OF FUNERAL DIRECTOR | /s/ BRENT BUCHANAN |
| 22b. LICENSE NUMBER | 6522 |
| 22c. SIGNATURE OF EMBALMER | /s/ ANTHONY HARRIS |
| 22d. LICENSE NUMBER | 5879 |
| 23a. NAME AND ADDRESS OF FUNERAL HOME | OAKLEY-COOK FUNERAL HOME AND CREMATORY, 2223 VOLUNTEER PKWY, BRISTOL, TN 37620 |
| 23b. LICENSE NUMBER | 563 |

**REGISTRAR**

| Field | Value |
|---|---|
| 24. REGISTRAR'S SIGNATURE | /s/ EDWARD G. BISHOP III |
| 25. DATE FILED | 07/12/2018 |

**CERTIFIER**

26. CERTIFIER
26a. ☒ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| 27a. CERTIFIER | /s/ KEITH RAY COOK |
| 27b. LICENSE NUMBER | 028176 |
| 27c. DATE SIGNED | 07/12/2018 |
| 27d. NAME AND ADDRESS | KEITH RAY COOK 301 MED TECH PARKWAY SUITE 240, JOHNSON CITY, TN 37604 |

**MEDICAL CERTIFICATION**

28. PART I. ENTER THE CHAIN OF EVENTS...

| | Cause | Approximate Interval Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE a. | ATHEROSCLEROTIC CARDIOVASCULAR DISEASE | UNKNOWN |
| b. | | |
| c. | | |
| d. | | |

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.

29a. WAS AN AUTOPSY PERFORMED? NO
29b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?

| Field | Value |
|---|---|
| 30. MANNER OF DEATH | NATURAL |
| 31. DID TOBACCO USE CONTRIBUTE TO DEATH? | UNKNOWN |
| 32. IF FEMALE | N/A |
| 33. IF TRANSPORTATION INJURY, SPECIFY | |
| 34a. DATE OF INJURY | |
| 34b. TIME OF INJURY | |
| 34c. INJURY AT WORK? | |
| 34d. PLACE OF INJURY | |
| 34e. DESCRIBE HOW INJURY OCCURRED | |
| 34f. LOCATION OF INJURY | |

PH-1659 (Rev. 8/2017) — RDA 10112


10200002

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

Edward A. Bishop III
Edward G. Bishop III
State Registrar

John J. Dreyzehner, MD, MPH, FACOEM
COMMISSIONER

Date Issued: JUL 1 2 2018

1 0 2 0 0 0 0 2

**CERTIFICATION OF VITAL RECORD**