IN THE CHANCERY COURT OF SULLIVAN COUNTY, TENNESSEE
BLOUNTVILLE, TENNESSEE

LETTER TESTAMENTARY  18-PR-22208

It appearing to the undersigned that WILLIAM J. STONE, JR., has died, a resident of Sullivan County, leaving a will which has been proved and probated in this Court, and in which

William Wesley Stone
Name

Prospect, KY
Address

has been appointed as Executor (Executrix) and you, having qualified (and given bond) and the undersigned, having been satisfied as to your claim and ability to administer the estate,

YOU ARE, THEREFORE, empowered to take into your possession and control, all the personal property of said estate and return a true and perfect inventory thereof, as required by law, to pay all proven debts, and to do and transact all the duties required of personal representatives; and after having settled said estate, to deliver the residue thereof to those who are entitled to it.

Issued at office this 26th day of July, 2018.

CLERK AND MASTER

*[signature: Katie Priester]*

STATE OF TENNESSEE
COUNTY OF SULLIVAN

The undersigned does hereby certify that the foregoing is a true copy of Letter Testamentary, issued to William Wesley Stone, as Executor of the estate of William J. Stone, Jr., deceased, as the same appears in the records in this office and is now in full force and effect.

This 26th day of July, 2018.

CLERK AND MASTER

*[signature: Nancy J. Morefield, Deputy Clerk]*

**GOVERNMENT EXHIBIT B**