**EXHIBIT D**
**AFFIDAVIT OF ESTATE ATTORNEY**

STATE OF TENNESSEE

COUNTY OF SULLIVAN

Affiant, Erin S. Downs, after first being duly sworn, states as follows:

1. She is the attorney for the Estate of William Stone, also known as William James Stone and also known as William James Stone, Jr. The said William Stone (the "Decedent") died a resident of Sullivan County, Tennessee on July 9, 2018, at eighty- nine (89) years of age.

2. The Decedent's Last Will and Testament dated August 22, 2003, and a Second Codicil thereto dated October 9, 2013, were admitted to probate in the Chancery Court of Sullivan County, Tennessee on July 26, 2018, and on the same date, William Wesley Stone qualified as the Executor of the Decedent's Estate (the "Estate").

3. The Decedent's Last Will and Testament and Codicil named his two children, Patricia Louise Stone and William Wesley Stone, as the residuary beneficiaries.

4. All of the debts, taxes and expenses of administration of the Estate have been paid.

5. The specific bequests in the Decedent's Last Will and Testament have been satisfied and all of the Estate assets in the possession of the Executor have been distributed to the beneficiaries.

6. The only asset remaining in the Estate is the right to receive restitution payments from Treyton Lee Thomas, which is preventing the estate from being closed with the Sullivan County Chancery Court.

GOVERNMENT
EXHIBIT
D

Further Affiant saith not.

_____
Erin S. Downs

Sworn to and subscribed before me this ___17th___ day of ___September___,

2020.

_____
Notary Public

My commission expires:

___07/11/2021___