UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16CR00298-001D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TREYTON LEE THOMAS, | ) |
|    fka Tracy Lee Thomas, | ) |
|    aka Trayton Thomas, | ) |
|    aka T.L. Thomas, | ) |
|    aka Lee Thomas, | ) |
|    aka Erick Stratton, | ) |
| | ) |
| Defendant. | ) |

ORDER GRANTING MOTION TO
CHANGE NAME OF RESTITUTION PAYEE
AND FOR ORDER OF DISTRIBUTION

For good cause having been shown by the United States of America, the Court orders the following:

1. That William Stone's name as a restitution payee in the above cited case be changed to Patricia Louise Stone (50%) and William Wesley Stone (50%).

2. That the Financial Section of the U.S. District Court is hereby authorized to disburse any funds currently held or any funds received in the future to the above-named restitution payees.

SO ORDERED this _____ day of _____, 2020.

_____
JAMES C. DEVER, III
United States District Court Judge