IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-00298-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER FOR INTERLOCUTORY** |
| | ) | **SALE OF CRYPTOCURRENCY** |
| TREYTON LEE THOMAS | ) | |

This matter is before the Court on the government's motion to allow, pursuant to Fed. R. Crim. P. 32.2(b)(7) and Supplemental Rule G(7)(b), the interlocutory sale of 279.54265708 bitcoin and 17.58531728 bitcoin cash (the "Cryptocurrency") that has been preliminarily forfeited to the United States pursuant to the Preliminary Order of Forfeiture entered by the Court [D.E. 132].

For good cause shown in accordance with Supplemental Rule G(7)(b)(i), the government's motion is ALLOWED, and it is hereby ORDERED as follows:

1. The Cryptocurrency may be immediately liquidated by the United States Marshal Service ("USMS") by selling or otherwise exchanging the Cryptocurrency for U.S. Currency in accordance with USMS procedures for disposal of bitcoin and bitcoin cash and applicable law.

2. All Net Proceeds from the sale or exchange of the Cryptocurrency shall be made received by or otherwise made payable to the USMS and held in the Seized Asset Deposit Fund, pending further Order of this Court upon final resolution of this matter. "Net Proceeds" will be the amount received by the USMS after all reasonable and necessary expenses incurred in conjunction with the sale or exchange.

1

3. Nothing herein constitutes a final determination by the Court that the Cryptocurrency is subject to forfeiture. However, in the event that a final order of forfeiture is entered with respect to the Cryptocurrency, any funds received from the sale or transfer of the Cryptocurrency shall be substituted for the actual property in accordance with Supplemental Rule G(7)(b)(iv), and such funds shall be available to satisfy the forfeiture money judgment imposed by the Preliminary Order of Forfeiture and any further order of the Court.

SO ORDERED, this _____ day of _____, 2021.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE