IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:16-CR-298-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREYTON LEE THOMAS | NOTICE OF APPEARANCE |

Undersigned counsel hereby enters his Notice of Appearance on behalf of Defendant, Treyton Lee Thomas, in this matter for the purpose of filing a Notice of Appeal regarding the Final Order of Forfeiture.

Respectfully submitted, this the 15th day of April, 2021.

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Elliot S. Abrams
Elliot S. Abrams
N.C. State Bar # 42639
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
elliot.abrams@cheshirepark.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the United States.

This the 15h day of April, 2021.

/s/ Elliot S. Abrams
Elliot S. Abrams
CHESHIRE PARKER SCHNEIDER, PLLC