IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:16-CR-298-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NOTICE OF APPEAL |
| TREYTON LEE THOMAS | |

Notice is hereby given that TREYTON LEE THOMAS hereby appeals to the United States Court of Appeals for the Fourth Circuit from the district court's "FINAL ORDER OF FORFEITURE OF CRYPTOCURRENCY AND TURNOVER ORDER" (DE#177, entered on April 5, 2021) and all judgments, rulings, proceedings, orders, findings, and decisions interlocutory thereto.

Respectfully submitted, this the 15th day of April, 2021.

CHESHIRE PARKER SCHNEIDER, PLLC

/s/ Elliot S. Abrams
Elliot S. Abrams
N.C. State Bar # 42639
P. O. Box 1029
Raleigh, NC 27602
(919) 833-3114 (TEL)
(919) 832-0739 (FAX)
elliot.abrams@cheshirepark.com
*Counsel for Defendant*

1

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date shown below, he electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the United States.

This the 15h day of April, 2021.

/s/ Elliot S. Abrams
Elliot S. Abrams
CHESHIRE PARKER SCHNEIDER, PLLC