IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-00298-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NOTICE OF CRYPTOCURRENCY |
| v. | ) | LIQUIDATION |
| | ) | |
| TREYTON LEE THOMAS | ) | |

The undersigned has been informed by the United States Marshals Service that, pursuant to the Court's Final Order of Forfeiture of Cryptocurrency and Turnover Order [D.E. 177], the cryptocurrency referenced in Defendant's motion for protective order and/or clarification [D.E. 182] was liquidated on Friday, May 14. Accordingly, Defendant's motion for a protective order is now moot. The government is awaiting confirmation of the final settlement amount for proceeds received from the liquidation and will advise the Court upon receipt of the final confirmation of the liquidation.

Respectfully submitted this 18th day of May, 2021.

G. NORMAN ACKER, III
Acting United States Attorney

BY: /s/ John E. Harris
JOHN E. HARRIS
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: john.harris5@usdoj.gov
NC State Bar No. 49253
Attorney for United States

1

CERTIFICATE OF SERVICE

I certify that I have on this 18th day of May, 2021, served a copy of the foregoing motion upon counsel electronically via ECF and sent a copy of this motion to counsel and defendant at the below-listed addresses as noted below:

**BY ECF:**

    Geoffrey Ryan Willis
    Email: ryan@dysartwillis.com

    Christian Emerson Dysart
    Email: christian@dysartwillis.com

    Meredith Woods Hubbard
    Email: meredith@dysartwillis.com

**BY U.S. MAIL:**

    Treyton Lee Thomas
    Reg. No. 21592-084
    FCI Coleman Low
    Federal Correctional Institution
    P.O. Box 1031
    Coleman, FL  33521

    Treyton Lee Thomas
    Reg. No. 21592-084
    FCI Coleman Low
    Federal Correctional Institution
    P.O. Box 1027
    Coleman, FL  33521

    Howard Srebnick, Esq.
    Black, Srebnick, Kornspan & Stumpf
    201 S. Biscayne Boulevard, Suite 1300
    Miami, FL 33131

BY:   /s/ John E. Harris
      JOHN E. HARRIS
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: john.harris5@usdoj.gov
NC State Bar No. 49253