IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-00298-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CONFIRMATION OF |
| v. | ) | CRYPTOCURRENCY LIQUIDATION |
| | ) | |
| TREYTON LEE THOMAS | ) | |

On May 18, 2021 the government filed a Notice of Cryptocurrency Liquidation advising the Court of its understanding that, pursuant to the Court's Final Order of Forfeiture of Cryptocurrency and Turnover Order [D.E. 177], the United States Marshals Service had liquidated the cryptocurrency referenced in Defendant's motion for protective order and/or clarification [D.E. 182]. The government further stated that it would advise the Court upon receipt of the confirmation of the liquidation. [D.E. 183.] The United States has now received confirmation that all of the cryptocurrency in the United States' custody in this matter was liquidated on Friday, May 14, 2021. The government will dispose of the net proceeds of the liquidation in accordance with the Court's Final Order of Forfeiture of Cryptocurrency and Turnover Order.

[*Remainder Left Intentionally Blank*]

1

Respectfully submitted this 20th day of May, 2021.

G. NORMAN ACKER, III
Acting United States Attorney

BY:   /s/ John E. Harris
       JOHN E. HARRIS
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: john.harris5@usdoj.gov
NC State Bar No. 49253
Attorney for United States

2

<u>CERTIFICATE OF SERVICE</u>

I certify that I have on this 20th day of May, 2021, served a copy of the foregoing Confirmation of Cyptocurrency Liquidation upon counsel electronically via ECF and sent a copy of this motion to counsel and defendant at the below-listed addresses as noted below:

**BY ECF:**

Geoffrey Ryan Willis
Email: ryan@dysartwillis.com

Christian Emerson Dysart
Email: christian@dysartwillis.com

Meredith Woods Hubbard
Email: meredith@dysartwillis.com

**BY U.S. MAIL:**

Treyton Lee Thomas
Reg. No. 21592-084
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, FL 33521

Treyton Lee Thomas
Reg. No. 21592-084
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1027
Coleman, FL 33521

Howard Srebnick, Esq.
Black, Srebnick, Kornspan & Stumpf
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131

BY:   /s/ John E. Harris
     JOHN E. HARRIS
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: john.harris5@usdoj.gov
NC State Bar No. 49253

3