IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-00298-D

UNITED STATES OF AMERICA    )
    )
    v.    )    **ORDER**
    )
TREYTON LEE THOMAS    )

For good cause shown upon the United States' Consent Motion for Extension of Time, it is HEREBY ORDERED that the United States shall have up to and including September 13, 2021 in which to respond to the Defendant's motion for return of property [D.E. 185].

SO ORDERED this _30_ day of _August_, 2021.


_____
JAMES C. DEVER III
United States District Judge

1