IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-000298-D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **NOTICE REGARDING** |
| v. | ) | **MOTION FOR DISBURSEMENT** |
| | ) | **OF VICTIM RESTITUTION** |
| TREYTON LEE THOMAS | ) | |

The United States previously filed a Motion for Disbursement of Victim Restitution requesting that the Court issue an order directing the Clerk of Court to disburse victim restitution collected in this case. [D.E. 187.] At the time, the United States contacted Defendant's counsel but was unable to obtain Defendant's position on the motion, as counsel indicated that he needed additional time to consult with Defendant. [*Id.* ¶ 15.] Defendant's counsel has now advised the government that the Defendant's position on the motion for disbursement of victim restitution is as follows:

> "Thomas intends to preserve through appeal that the funds forfeited to the government ($7,282,524) should be applied to pay victim-restitution ($7,310,592.53); the additional funds held by the government may be used to satisfy the restitution deficit, and the balance should be returned to Thomas forthwith. To the extent that Thomas's objections are overruled and preserved through appeal, Thomas does not have any further objection to the immediate disbursement of funds to restitution victims."

Defendant's counsel has further advised that he does not intend to file a response to the government's Motion for Disbursement of Victim Restitution unless the Court requests one.

1

Respectfully submitted, this 15th day of September, 2021.

                                G. NORMAN ACKER, III
Acting United States Attorney

BY:   /s/ John E. Harris
       JOHN E. HARRIS
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: john.harris5@usdoj.gov
NC State Bar No. 49253
*Attorney for United States*

CERTIFICATE OF SERVICE

I certify that I have on this 15th day of September, 2021, served a copy of the foregoing notice upon counsel electronically via ECF and/or by electronic mail to counsel at the below-listed addresses:

**BY ECF:**

Elliot S. Abrams
Cheshire Parker Schneider, PLLC
elliot.abrams@cheshirepark.com

**BY ELECTRONIC MAIL**

Howard Srebnick, Esq.
Black, Srebnick, Kornspan & Stumpf
HSrebnick@royblack.com

BY: /s/ John E. Harris
JOHN E. HARRIS
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: john.harris5@usdoj.gov
NC State Bar No. 49253