**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  Peter A. Moore, Jr.
Fax (919) 645-1750  Clerk of Court

June 8, 2022

Michael F. Easley, Jr.
United States Attorney's Office
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

Re: Thomas v. USA
    Criminal No. 5:16-CR-298-1D
    Civil No. 5:22-CV-231-D

Dear Mr. Easley,

    Pursuant to the Rules Governing § 2255 cases, a copy of the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed in the above case on has been forwarded to your office by electronic notification. The respondent is not required to answer the petition unless ordered by the court.

    Sincerely,

    /s/ Peter A. Moore, Jr.
    Clerk

cc: Treyton Lee Thomas
    Reg. No. 21592-084
    FCI Coleman Low
    P.O. Box 1031
    Coleman, FL 33521