FILED: December 1, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6585
(5:16-cr-00298-D-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

TREYTON LEE THOMAS, f/k/a Tracy Lee Thomas, a/k/a Trayton Thomas, a/k/a T. L. Thomas, a/k/a Lee Thomas, a/k/a Erick Stratton

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of Appellant's unopposed motion for limited remand, the court grants the motion and remands this case to the district court for the limited purpose of ruling on Appellant's August 16, 2021, motion for return of property.

The clerk shall forward a copy of this order, accompanied by a copy of the motion to remand, to the district court. This appeal shall remain on the active docket of this court and the parties shall file a status report on January 3, 2023,

and every 30 days thereafter, and shall immediately notify this court when the district court proceedings have concluded.

For the Court

/s/ Patricia S. Connor, Clerk
