IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

APPEAL No. 21-6585

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*
v.

TREYTON THOMAS,

*Defendant-Appellant.*

On Appeal from the United States District Court
For the Eastern District of North Carolina
District Court No. 5:16-cr-00298-D-1 and 5:18-cr-87-D-1

**UNOPPOSED MOTION FOR LIMITED REMAND
TO THE DISTRICT COURT TO RULE ON
APPELLANT'S MOTION FOR RETURN OF PROPERTY**

THIS IS A DIRECT APPEAL FROM A FINAL ORDER OF
FORFEITURE IN A CRIMINAL CASE

HOWARD SREBNICK
**BLACK SREBNICK**
201 S. Biscayne Blvd, Suite 1300
Miami, Florida 33131
(305) 371-6421
HSrebnick@RoyBlack.com

Counsel for Appellant Treyton Thomas

The Appellant, TREYTON THOMAS, through undersigned counsel, moves the Court for limited remand to the district court to rule on appellant's motion for return of property pending in the district court. The motion is unopposed. In support thereof, counsel states:

1.    This is an appeal from the April 5, 2021, Final Order of Forfeiture in the United States District Court for the Eastern District of North Carolina, Case Nos. 5:16-cr-00298-D-1 and 5:18-cr-87-D-1. The Appellant remains in custody in service of a 262-month term of incarceration.

2.    The briefing in this appeal has been stayed pending a resolution in the district court of Appellant's motion for return of property. As of today, November 15, 2022, the district court has yet to rule on the defendant's motion for return of property, which was filed on August 16, 2021.

3.    Given their interrelatedness and in the interests of efficiency and judicial economy, Appellant continues to maintain that it would make sense that the instant appeal be consolidated with any appeal arising out of the district court's decision on Appellant's motion for return of property.

4.    On November 1, 2022, this Court entered an order indicating that:

> No further proceedings on defendant's motion for return of property having occurred in the district court since this Court's suspension of briefing on August 19, 2021, the Court intends to lift the suspension and reinstate the briefing schedule absent granting of a motion for limited remand to the district court to rule on the motion for return of

property. The parties may file a motion for limited remand on or before November 15, 2022.

5.  Undersigned has conferred with government counsel who advised that the government does not object to the proposed remand.

WHEREFORE, Appellant moves for a limited remand to the district court to rule on the motion for return of property provided that this Court retains jurisdiction over this pending appeal.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within by e-filing the same with the Court's CM/ECF system which will automatically send email notification to all parties.

Respectfully submitted,

/s/ *Howard Srebnick*
Howard Srebnick, Esq.
**BLACK SREBNICK**
201 S. Biscayne Blvd, Suite 1300
Miami, FL 33131
(305) 371-6421
*Counsel for Treyton Thomas*