IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-298-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TREYTON LEE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than December 9, 2022, the United States shall file an update on the government's position concerning Treyton Lee Thomas's motion for return of property. Thomas may file a response by December 16, 2022. The United States may file a reply by December 20, 2022.

SO ORDERED. This 2 day of December, 2022.

JAMES C. DEVER III
United States District Judge