IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-00298-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **RESPONSE** |
| | : | |
| TREYTON LEE THOMAS | : | |

The United States of America, pursuant to the Court's memorandum dated December 2, 2022 [D.E. 205], hereby provides this update to the Court regarding its position on Defendant's pending motion for return of property [D.E. 185].

The United States continues to oppose Defendant's demand for payment in the amount of $2,237,762, and incorporates by reference and realleges all arguments set forth in its response in opposition previously filed at D.E. 190.

The United States continues <u>not</u> to oppose Defendant's request for return of surplus seized funds that are not needed to satisfy either the forfeiture or restitution judgments.[1] At the time of prior briefing, there was a deficit remaining of $14,032.94 needed to satisfy the restitution judgment in full, and so the United States filed a motion for turnover order [D.E. 192] that would authorize the government to transfer that amount from an account initially seized for purposes of forfeiture to the Clerk's Office to be applied to restitution. Since that time, the Defendant has paid an

---

[1] With respect to the Bitcoin cash, the United States reaffirms that it was never able to seize this property from Coinbase and therefore cannot be ordered to return it.

1

additional $125 toward victim restitution through the Inmate Financial Responsibility Program, leaving a deficit of only $13,907.94. Thus, the United States updates its request to seek a turnover order in the amount of only $13,907.94. Once the turnover order has been entered, the United States agrees to return the balance of surplus seized funds in the estimated amount of approximately $393,378.16, subject to any offsets for other debts to the United States that may exist separate from this criminal case.

Finally, although distinct from the issues raised in Defendant's motion for return of property, the United States continues to request that its Motion for Disbursement of Victim Restitution [D.E. 188] be adjudicated expeditiously, and is currently contemplating the filing of a separate pleading as to that pending motion.

Respectfully submitted this 9th day of December, 2022.

MICHAEL F. EASLEY, JR.
United States Attorney


BY: /s/ Matthew L. Fesak
    MATTHEW L. FESAK
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: matthew.fesak@usdoj.gov
NC State Bar #35276
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that I have on this 9th day of December 2022, served a copy of the foregoing response upon the defendant electronically via ECF and/or by electronic mail to counsel at the below-listed addresses:

**BY ECF**

    Elliot S. Abrams
    Cheshire Parker Schneider, PLLC
    elliot.abrams@cheshirepark.com

**BY ELECTRONIC MAIL**

    Howard Srebnick, Esq.
    Black, Srebnick, Kornspan & Stumpf
    HSrebnick@royblack.com

                MICHAEL F. EASLEY, JR.
                United States Attorney

                BY: /s/ Matthew L. Fesak
                      MATTHEW L. FESAK
                Assistant United States Attorney
                Civil Division
                150 Fayetteville Street, Suite 2100
                Raleigh, NC 27601
                Telephone: (919) 856-4530
                Facsimile: (919) 856-4821
                E-mail: matthew.fesak@usdoj.gov
                NC State Bar #35276
                Attorney for Plaintiff