IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-00298-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TREYTON LEE THOMAS | ) | |

For good cause having been shown upon the motion of the United States of America for distribution of restitution funds [D.E. 206], it is hereby

ORDERED that the United States shall return to the Defendant, Treyton L. Thomas ("Thomas"), all funds that are not needed to satisfy victim restitution and asset forfeiture in full. Prior to distribution, Thomas shall provide to the United States all required information to properly process payment.

So ORDERED THIS 9 day of December, 2022.

JAMES C. DEVER, III
United States District Court Judge