IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:16-CR-00298-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TREYTON LEE THOMAS | ) |
| | ) |

## ORDER GRANTING WELLS FARGO BANK, N.A.'S MOTION TO REDUCE RESTITUTION AWARD

THIS MATTER is before the Court on Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Reduce Restitution Award (the "Motion"). Having reviewed the Motion, and any responses filed thereto, the Court finds that the Motion should be ALLOWED.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is ALLOWED and the amount of restitution to be paid to Wells Fargo is reduced to $157,622.45.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Clerk of Court shall disburse the sum of $157,622.45 to Wells Fargo in full satisfaction of its restitution award.

SO ORDERED. This _3_ day of May, 2023.

JAMES C. DEVER III
United States District Judge