**FILED**

**JUN 1 0 2025**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ____M M____ DEP CLK

6.2.25

Clerk of Court
Eastern District of N.C.
PO Box 25670
Raleigh, NC 27611

Subj: Treyton L. Thomas

Dear Sir:

Firstly, thank you for all your previous administrative assistance re my case, and thank you for your continuing assistance with paralegal Ms. Moira Bitzenfofer of Cheshire Parker.

Could you please mail me a current U.S. Courts Case Inquiry Report Case Number: DNCE516CR000298.

Additionally, should the need arise, I authorize you to also speak with my administrative agent Mr. Jason Burk re anything re my case from an accounting or admin standpoint that might aid with the proper disbursement of funds. Mr. Burk's contact information is jason@writwriter.org and Tel: 469.884.9516.

Thank you again and all best,

*[signature]*

Treyton L. Thomas #21592-084
FCI Coleman-Low
PO Box 1031
Coleman, FL 33521