IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00298-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **NOTICE OF SATISFACTION OF** |
| | : | **ORDER OF FORFEITURE** |
| TREYTON LEE THOMAS | : | |

The forfeiture money judgment set forth in the Preliminary Order of Forfeiture issued on July 2, 2019, [DE-132] in the above-entitled case having been resolved, the Clerk of the United States District Court for the Eastern District of North Carolina is hereby authorized to satisfy and cancel said forfeiture money judgment on record. In all other respects, the criminal judgment remains in full force and effect.

Respectfully submitted this 21st day of August, 2025.

W. ELLIS BOYLE
United States Attorney


BY: /s/ Matthew L. Fesak
    MATTHEW L. FESAK
Assistant United States Attorney
Deputy Chief, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
E-mail: matthew.fesak@usdoj.gov
NC State Bar #35276
Attorney for Plaintiff

CERTIFICATE OF SERVICE

      I certify that I have on this 21st day of August, 2025, served a copy of the foregoing Notice upon the below-listed counsel electronically via CM-ECF, and defendant by placing a copy of the same in the U.S. Mail, addressed as follows:

Elliot S. Abrams
Cheshire Parker Schneider, PLLC
Email: elliot.abrams@cheshirepark.com

Geoffrey R. Willis
Ryan Willis Law PLLC
Email: ryan@ryanwillislaw.com

Christian E. Dysart
Dysart Willis
Email: CDysart@MaynardNexsen.com

Meredith P. Brewer
Dysart Willis
Email: MBrewer@MaynardNexsen.com

Meredith W. Hubbard
Hubbard Law Firm
Email: meredith@hubbardlawnc.com

Treyton Lee Thomas
Reg. No. 21592-084
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, FL  33521

                                                W. ELLIS BOYLE
                                                United States Attorney

                                                BY: /s/ Matthew L. Fesak
                                                     MATTHEW L. FESAK
                                                Assistant United States Attorney
                                                Deputy Chief, Civil Division
                                                150 Fayetteville Street, Suite 2100
                                                Raleigh, NC 27601
                                                Telephone: (919) 856-4530
                                                Facsimile: (919) 856-4821
                                                E-mail: matthew.fesak@usdoj.gov
                                                NC State Bar #35276
                                                Attorney for Plaintiff

2

Case 5:16-cr-00298-D    Document 218    Filed 08/21/25    Page 2 of 2