UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED

DEC 17 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____MM_____ DEP CLK

United States

v.

Treyton L. Thomas, Defendant

Case No. 5:15-cr-00298-D

MOTION FOR ACCESS TO SEALED MATERIALS, RELEASE OF PSR, MODIFICTION OF PROTECTIVE ORDER, AND RETURN OF PROPERTY

I, Treyton L. Thomas, respectfully move the Court for the following relief. This motion is submitted pro se.

1. Access to Sealed Docket Entries 48 and 59.

   Docket entries 48 and 59 are sealed. These entries appear to contain the inventory and documentation of property and evidence seized in my case. I request the Court:

   Unseal these documents, or provide them directly to my authorized representative, Mr. Jason Burk, for the limited purpose of reviewing the evidence history and assisting me administratively in post-conviction matters.

   I do not seek public disclosure.

2. Access to Presentence Report (PSR)

   I respectfully request authorization for the United States Probation Office to release a copy of my Presentence Report to my designated administrative agent:

   Mr. Jason Burk
   1218 SW 10th Ave.
   Topeka, KS 66604
   Email: jason@jason93.com

   I require access to this document for legitimate post-conviction, clemency, and administrative purposes.

3. Modification of Protective Order

   A protective order was entered during my original case that restricted the handling of certain discovery. The case is now fully resolved, including:

   sentencing;

   restitution (paid in full);

   forfeiture (finalized); and

   no pending appeals or proceedings.

   Because the protective order no longer serves its original purpose, I respectfully request that the Court:

   Modify or lift the protective order, or clarify that I may receive my full case file and discovery materials through my authorized administrative agent, subject to reasonable non-dissemination restrictions if the Curt deems them appropriate.

4. Order Directing Prior Counsel and Any Firm Holding My File to Release All Materials to My Authorized Agent

My former attorney, Mr. Ryan Wills, is now with a different law firm, and portions of my case file are held by his prior firm. I respectfully request that the Court order Mr. Willis and any firm maintaining my legal materials to:

produce my complete file;

produce all discovery materials (subject to any modified protective order); and

release all such materials directly to my authorized administrative agent, Mr. Burk, for organization and preservation.

I need the full file to review my case history, evaluate legal issues, and prepare for potential post-conviction fillings.

I was also previously represented by attorney Joseph Zeszotarski, Jr., formerly of Gammon Howard & Zeszotarski, P.A. Due to a judicial conflict recusal, representation ended before transfer. I respectfully request that the Court's order compelling the release of the full client file shall apply to all former counsel, including Mr. Zeszotarski and any firm with which he was associated during the representation.

5. Return of Property Under Fed. R. Crim. P. 41(g), and Release of Any Remaining Bitcoin Cash (BCH) or other digital assets.

I request that the Court direct the Untied States to:

Identify all property and evidence seized during the investigation that was not forfeited;

State the disposition of each item (returned, destroyed, retained, or transferred);

Provide documentation supporting any destruction or transfer;

Return all non-forfeited property directly to my authorized agent, Mr. Jason Burk, at 1218 SW 10th Ave, Topeka, KS 66604.

Additionally, earlier filings referenced Bitcoin Cash (BCH) and other digital assets subject to a restraining order entered on February 1, 2019, that are now eligible for release because:

forfeiture is finalized;

restitution is paid;

all parties are resolved;

no litigation of any any kind is pending; and

there is no longer a legal basis for continued restraint of BCH or any digital asset referenced in those filings.

I respectfully request that the Court:

dissolve any remaining restraining orders;

determine whether any BCH or other digital assets remain frozen; and

order immediate release or transfer of such assets directly to my administration agent, Mr. Burk.

If the government believes no such assets remain, I request that the Court direct the Government to state this clearly on the record.

6. Authorized Representative

I hereby designate Mr. Jason Burk to receive:

sealed materials;

my PSR;

discovery;

evidence records;

my attorney's files; and

any property returned under Rule 41(g).

CONCLUSION

For the reasons stated above, I respectfully request that the Court grant the following relief:

Provide or unseal Dkt. 48 and 59, or release them to my administrative representative;

Authorize release of my PSR to my administrative representative;

Modify or lift the protective order;

Order my prior counsels and their former firms to produce my complete case file to my administrative representative;

Order the Government to identify, account for, and return all non-forfeited property under Rule 41(g), including any BCH or digital assets still under restraint.

Respectfully submitted,

Treyton L. Thomas # 21592-084
FCI Coleman-Low
PO Box 1031
Coleman, FL 3352

Date: 12.11.25