IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-298-D
No. 5:22-CV-231-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TREYTON LEE THOMAS, ) | |
| ) | |
| Defendant. ) | |

The United States SHALL respond to defendant's motion for access [D.E. 220] not later than January 30, 2026.

SO ORDERED. This 18 day of December, 2025.

_____
JAMES C. DEVER III
United States District Judge