UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-00298

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **NOTICE OF SUBSTITUTION** |
| | ) | |
| TREYTON THOMAS | ) | |

NOW comes the United States of America, by and through the United States Attorney for the Eastern District of North Carolina and gives notice to this Honorable Court of assignment of the undersigned Assistant United States Attorney as counsel for the Government in the above-referenced case.

Respectfully submitted this on the 28th day of January 2026.

W. ELLIS BOYLE
United States Attorney

BY: /s/ *Kristine Fritz*

Kristine Fritz
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone No. 919-856-4876
Email: kristine.fritz@usdoj.gov
Bar No. PA 202910
Bar No. NJ 02914-2006

CERTIFICATE OF SERVICE

This is to certify that I have on this 28th day of January 2026 served a copy of the foregoing Government's *Notice of Appearance* upon the defendant by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the attorney of record.

BY: /s/ *Kristine Fritz*
Kristine Fritz
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone No. 919-856-4876
Email: kristine.fritz@usdoj.gov
Bar No. PA 202910
Bar No. NJ 02914-2006