UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-cr-298-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREYTON LEE THOMAS | Motion to Extend<br>Response Deadline |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests a 28-day extension of the time to respond to Defendant's pro se motion at Docket Entry 220. Undersigned counsel was recently assigned this matter and promptly began reviewing relevant materials. However, undersigned has been unable to ascertain all the information necessary to prepare a thoughtful response by the current deadline of January 30, 2026.

WHEREFORE, the United States respectfully requests a 28-day extension of time, which results in a response deadline of February 27, 2026.

Respectfully submitted, this 28th day of January, 2026.

                        W. ELLIS BOYLE
                        United States Attorney

BY: */s/ Kristine L. Fritz*
      KRISTINE L. FRITZ
      Assistant United States Attorney
      Criminal Division
      150 Fayetteville Street, Suite 2100
      Raleigh, North Carolina 27601
      Telephone: (9l9) 856-4530
      Email: Kristine.Fritz@usdoj.gov
      P.A. Bar #202910; N.J. Bar #029142006

CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of January, 2026, filed the foregoing via CM/ECF and placed a copy of the same in the U.S. Mail, postage prepaid, and addressed as follows:

Treyton L. Thomas, # 21592-084
FCI Coleman Low
Federal Correctional Institution
P.O. Box 1031
Coleman, Fl 33521

W. ELLIS BOYLE
United States Attorney

BY: */s/ Kristine L. Fritz*
KRISTINE L. FRITZ
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (9l9) 856-4530
Email: Kristine.Fritz@usdoj.gov
P.A. Bar #202910; N.J. Bar #029142006