UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-cr-298-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| TREYTON LEE THOMAS | |

Upon consideration of the Government's motion to extend its response deadline, and for good cause shown, the Court hereby GRANTS the motion and extends the government's deadline to respond to D.E. 220 to February 27, 2026.

So ORDERED, this _____ day of _____, 2026.

                                                                                                                                     _____
                                                                                                                                     JAMES C. DEVER III
                                                                                                                                     United States District Court Judge