UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-cr-298-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREYTON LEE THOMAS | **ORDER** |

Upon consideration of the Government's motion to extend its response deadline, and for good cause shown, the Court hereby GRANTS the motion and extends the government's deadline to respond to D.E. 220 to February 27, 2026.

So ORDERED, this **29** day of January, 2026.

JAMES C. DEVER III
United States District Court Judge