FILED

JUL 01 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY [signature] DEP CLK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Office of the Clerk
### Post Office Box 25670
### Raleigh, North Carolina 27611

Peter A. Moore, Jr.
Clerk of Court

(919) 645-1700

July 1, 2026

Treyton Thomas - #21592-084
FCI Coleman - Low
PO Box 1031
Coleman, FL 33521

Re: Letter received June 8, 2026

Mr. Thomas,

I received and am responding to your letter dated June 2, 2026 that was received by the Court on June 8, 2026 regarding certain funds ordered to be returned to you on case 5:16-cr-298-D. I reviewed the transactions on your case in our financial system and have enclosed a current case inquiry report with this letter and a copy of a refund check.

In your letter, you list amounts ordered to be returned to you related to Proper Title, Wells Fargo, PayPal, and a change in the restitution owed to Wells Fargo. The first three amounts appear to relate to the Preliminary Order of Forfeiture at entry number 132 on your case docket. Transactions related to forfeitures are not administered by the Clerk's Office; therefore, information related to any remittances of these funds to the Clerk's Office or return of any forfeited funds not remitted to the Clerk's Office to you would, per my understanding, have to be provided by the U.S. Attorney's Office Asset Forfeiture division.

Regarding those funds that were received by the Clerk's Office, as indicated in the enclosed case inquiry report, they have either been disbursed to the victims as ordered by the Court – accounting for the change to the amount owed to Wells Fargo – (see all PTC-type documents on pages 8-9, totaling $7,218,214.98), or they have been refunded to you. All funds received by the Clerk's Office that resulted in overpayment have been refunded to you as follows:

1) $100.00 – by Treasury check issued by the Clerk's Office sent to the BOP lockbox (PTC NCECCA24-02747, accomplished date: 25-Jul-24)
2) $78,519.61 – by Treasury check issued by the Clerk's Office to you at the address you communicated to our office by letter dated September 4, 2025 (PQC NCECCA26-00001, accomplished date: 06-Nov-25)

3) $13,857.94 – by payment reversal initiated by the U.S. Attorney's Office and returned to you by Treasury check (CTC T071223DNCE516CR000298001101, accomplished date: 12-Jul-23)

The refunds/ reversals listed above, excluding the fee added back, total $92,477.55 leaving the Clerk's Office with no additional funds to be returned. Regarding the last refund above, my understanding from speaking with the U.S. Attorney's Office Financial Litigation Unit is that a transaction fee was added back to the Clerk's Office's transaction amount, and the check was issued for $13,876.02 (copy is enclosed).

Hopefully this information is helpful. If you have other questions, please let me know.

Sincerely,

John Patterson
Financial Administrator

Encls: Case Inquiry Report, Treasury check copy