## Case Inquiry-All

| Parameter | Value |
|---|---|
| Case Number | DNCE516CR000298 |
| Party Number | |
| Payee Code | |
| Display Party Detail | Y - Print Party Details |
| Display Payee Detail | N - Do Not Print Payee Details |
| Display Transactions | Y - Print Transaction History |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DNCE516CR000298; **Party Num:** N/A; **Payee Code:** N/A
**Show Party Details:** Y; **Show Payee Details:** N; **Show Transactions:** Y

**Case Number** DNCE516CR000298 **Case Title** USA V. THOMAS

**Summary Party Information:**

| Party # | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | NCEA028528 | TREYTON LEE THOMAS | NCEA516CR-002981 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | 0.00 |
| 001 | NCEA028528 | TREYTON LEE THOMAS | NCEA516CR-002981 | VICTIM RESTITUTION | | 7,218,214.98 | 7,218,214.98 | 0.00 |
| 001 | NCEA028528 | TREYTON LEE THOMAS | NCEA516CR-002981 | OVERPAYMENT | | 78,519.61 | 78,519.61 | 0.00 |
| 001 | NCEA028528 | TREYTON LEE THOMAS | NCEA516CR-002981 | OVERPAYMENT | | 0.00 | 0.00 | 0.00 |
| 001 | NCEA028528 | TREYTON LEE THOMAS | NCEA516CR-002981 | OVERPAYMENT | | 100.00 | 100.00 | 0.00 |
| | | | | | | 7,296,934.59 | 7,296,934.59 | 0.00 |

**Summary Payee Information:**

| Payee/Adr Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| 22PP022481/1 | PATRICIA LOUISE STONE | 256,584.74 | 256,584.74 | 0.00 |
| NCEA000665/1 | IRS - RACS | 853,222.00 | 853,222.00 | 0.00 |
| NCEA004039/2 | US ATTORNEY'S OFFICE | 9,024.26 | 9,024.26 | 0.00 |
| NCEA018885/2 | WELLS FARGO | 157,622.45 | 157,622.45 | 0.00 |
| NCEA024851/1 | BUREAU OF PRISONS | 100.00 | 100.00 | 0.00 |
| NCEA026471/1 | NC&VA WARRANTY COMPANY | 3,071,096.00 | 3,071,096.00 | 0.00 |
| NCEA027752/1 | CHERYL STONE | 468,384.21 | 468,384.21 | 0.00 |
| NCEA027753/1 | WILLIAM STONE | 256,584.74 | 256,584.74 | 0.00 |
| NCEA027754/1 | AFFILIATED MORTGAGE SERVICES | 78,322.46 | 78,322.46 | 0.00 |
| NCEA027755/1 | AUTO PROTECTION PLUS | 100,000.00 | 100,000.00 | 0.00 |
| NCEA027756/1 | COASTAL WARRANTY | 201,468.00 | 201,468.00 | 0.00 |
| NCEA027757/1 | DEALERS ASSURANCE COMPANY | 894,063.12 | 894,063.12 | 0.00 |
| NCEA027758/1 | FIRST PLUS | 195,611.00 | 195,611.00 | 195,611.00 |
| NCEA027759/1 | MATTHEWS MOTORS INC | 676,232.00 | 676,232.00 | 0.00 |
| NCEA028528/1 | TREYTON LEE THOMAS | 78,519.61 | 78,519.61 | 0.00 |

# U.S. Courts
# Case Inquiry Report

**Case Num:** DNCE516CR000298; **Party Num:** N/A; **Payee Code:** N/A

**Show Party Details:** Y; **Show Payee Details:** N; **Show Transactions:** Y

**Summary Payee Information:**

| Payee/Adr Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| | | 7,296,834.59 | 7,296,834.59 | 195,611.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DNCE516CR000298; **Party Num:** N/A; **Payee Code:** N/A
**Show Party Details:** Y; **Show Payee Details:** N; **Show Transactions:** Y

**Detailed Party Information:**

| Party # | Party Code | Party Name | Debt Type |
|---|---|---|---|
| 001 | NCEA028528 | TREYTON LEE THOMAS | SPECIAL PENALTY ASSESSMENT |

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 504100 | | | N/A |
| **Owed** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Collected** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 100.00 | 0.00 | N/A | 100.00 |

VICTIM RESTITUTION

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 6855XX | | | N/A |
| **Owed** | 7,218,214.98 | 0.00 | 0.00 | 7,218,214.98 |
| **Collected** | 7,218,214.98 | 0.00 | 0.00 | 7,218,214.98 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 195,611.00 | 0.00 | N/A | 195,611.00 |
| **Paid** | 7,218,214.98 | 0.00 | N/A | 7,218,214.98 |
| **Refunded** | 195,611.00 | 0.00 | N/A | 195,611.00 |
| **Available** | 0.00 | 0.00 | N/A | 0.00 |

OVERPAYMENT

| | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| **Fund** | 6855XX | | | N/A |
| **Owed** | 78,519.61 | 0.00 | 0.00 | 78,519.61 |
| **Collected** | 78,519.61 | 0.00 | 0.00 | 78,519.61 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 78,519.61 | 0.00 | N/A | 78,519.61 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 0.00 | 0.00 | N/A | 0.00 |

OVERPAYMENT

| | **Principal** | **Interest** | **Penalty** | **Total** |
|---|---|---|---|---|
| **Fund** | 6855XX | | | N/A |
| **Owed** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Collected** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 0.00 | 0.00 | N/A | 0.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 0.00 | 0.00 | N/A | 0.00 |

OVERPAYMENT

| | **Principal** | **Interest** | **Penalty** | **Total** |
|---|---|---|---|---|
| **Fund** | 6855XX | | | N/A |
| **Owed** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Collected** | 100.00 | 0.00 | 0.00 | 100.00 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 0.00 | 0.00 | N/A | 0.00 |
| **Paid** | 100.00 | 0.00 | N/A | 100.00 |
| **Refunded** | 0.00 | 0.00 | N/A | 0.00 |
| **Available** | 0.00 | 0.00 | N/A | 0.00 |

**Totals**

| | **Principal** | **Interest** | **Penalty** | **Total** |
|---|---|---|---|---|
| **Owed** | 7,296,934.59 | 0.00 | 0.00 | 7,296,934.59 |

| | | | | |
|---|---|---|---|---|
| **Collected** | 7,296,934.59 | 0.00 | 0.00 | 7,296,934.59 |
| **Outstanding** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Apportioned** | 195,611.00 | 0.00 | N/A | 195,611.00 |
| **Paid** | 7,296,834.59 | 0.00 | N/A | 7,296,834.59 |
| **Refunded** | 195,611.00 | 0.00 | N/A | 195,611.00 |
| **Available** | 100.00 | 0.00 | N/A | 100.00 |

**Transaction Information:**

| Document Type/Number* / Account Number | Document Date / Debt Type Line # | Accomplished Date / Debt Type | Line Type | Payee Line # | Amount | Party/Payee Name / Depository Line # | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| CCR B030920DNCE516CR000298001719 | 09-Mar-20 | 02-Apr-20 | PR | | 25.00 | TREYTON LEE THOMAS | | O | OP3 | 504100 |
| DNCE516CR000298-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CCR B060920DNCE516CR000298001739 | 09-Jun-20 | 01-Jul-20 | PR | | 25.00 | TREYTON LEE THOMAS | | O | OP3 | 504100 |
| DNCE516CR000298-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CTC B090820DNCE516CR000298001238 | 08-Sep-20 | 09-Oct-20 | PR | | 25.00 | TREYTON LEE THOMAS | | O | IP3 | 504100 |
| DNCE516CR000298-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CTC B120720DNCE516CR000298001677 | 07-Dec-20 | 07-Jan-21 | PR | | 25.00 | TREYTON LEE THOMAS | | O | IP3 | 504100 |
| DNCE516CR000298-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | | |
| CTC B030921DNCE516CR000298001721 | 09-Mar-21 | 01-Apr-21 | PR | | 25.00 | TREYTON LEE THOMAS | | O | IP2 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | | | | | | | |
| CTC B060821DNCE516CR000298001772 | 08-Jun-21 | 01-Jul-21 | PR | | 25.00 | TREYTON LEE THOMAS | | O | IP2 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | | | | | | | |
| CQC NCECCA21-00147 | 29-Jul-21 | 29-Jul-21 | PR | | 7,296,509.59 | TREYTON LEE THOMAS | | O | IP2 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | | | | | | | |
| CTC B091321DNCE516CR000298001777 | 13-Sep-21 | 13-Oct-21 | PR | | 25.00 | TREYTON LEE THOMAS | | O | IP2 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | | | | | | | |
| CTC B121321DNCE516CR000298001673 | 13-Dec-21 | 03-Jan-22 | PR | | 25.00 | TREYTON LEE THOMAS | | O | IP2 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | | | | | | | |
| CTC B031022DNCE516CR000298001699 | 10-Mar-22 | 01-Apr-22 | PR | | 25.00 | TREYTON LEE THOMAS | | O | IP2 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | | | | | | | |
| CTC B061322DNCE516CR000298001659 | 13-Jun-22 | 01-Jul-22 | PR | | 25.00 | TREYTON LEE THOMAS | | O | IP2 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | | | | | | | |
| CTC B091222DNCE516CR000298001666 | 12-Sep-22 | 12-Oct-22 | PR | | 25.00 | TREYTON LEE THOMAS | | O | IP2 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | | | | | | | |
| CTC B121222DNCE516CR000298001620 | 12-Dec-22 | 03-Jan-23 | PR | | 25.00 | TREYTON LEE THOMAS | | O | IP2 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | | | | | | | |
| CTC B031323DNCE516CR000298001550 | 13-Mar-23 | 01-Apr-23 | PR | | 25.00 | TREYTON LEE THOMAS | | O | IP2 | 6855XX |

**Transaction Information:**

| Document Type/Number* / Account Number | Document Date / Debt Type Line # | Accomplished Date / Debt Type | Line Type | Payee Line # | Amount | Party/Payee Name | Depository Line # | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | | | | | | | | |
| PTC NCECCA23-01303 | 23-Mar-23 | 23-Mar-23 | PR | | 468,384.21 | CHERYL STONE | | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 1 | | | | 45839662 | | | |
| PTC NCECCA23-01304 | 23-Mar-23 | 23-Mar-23 | PR | | 839,484.37 | IRS - RACS | | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 11 | | | | 45839479 | | | |
| PTC NCECCA23-01305 | 23-Mar-23 | 23-Mar-23 | PR | | 8,878.95 | US ATTORNEY'S OFFICE | | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 12 | | | | 45839520 | | | |
| PTC NCECCA23-01306 | 23-Mar-23 | 23-Mar-23 | PR | | 256,584.74 | PATRICIA LOUISE STONE | | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 13 | | | | 45837834 | | | |
| PTC NCECCA23-01308 | 23-Mar-23 | 23-Mar-23 | PR | | 78,322.46 | AFFILIATED MORTGAGE SERVICES | | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 3 | | | | 45839664 | | | |
| PTC NCECCA23-01307 | 23-Mar-23 | 23-Mar-23 | PR | | 256,584.74 | WILLIAM STONE | | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 2 | | | | 45839663 | | | |
| PTC NCECCA23-01310 | 23-Mar-23 | 23-Mar-23 | PR | | 201,468.00 | COASTAL WARRANTY | | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 5 | | | | 45839666 | | | |
| PTC NCECCA23-01309 | 23-Mar-23 | 23-Mar-23 | PR | | 100,000.00 | AUTO PROTECTION PLUS | | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 4 | | | | 45839665 | | | |
| PTC NCECCA23-01311 | 23-Mar-23 | 23-Mar-23 | PR | | 195,611.00 | FIRST PLUS | | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 7 | | | | 45839667 | | | |
| PTC NCECCA23-01311 | 23-Mar-23 | 27-Mar-23 | PR | | (195,611.00) | FIRST PLUS | | | X | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 7 | | | | 45839667 | | | |
| PTC NCECCA23-01481 | 24-Mar-23 | 24-Mar-23 | PR | | 3,071,096.00 | NC&VA WARRANTY COMPANY | | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 9 | | | | 3186926 | | | |
| CTC T051023DNCE516CR00029800151 | 10-May-23 | 10-May-23 | PR | | 13,857.94 | TREYTON LEE THOMAS | | | O | TOP2 | 6855XX |
| DNCE516CR000298-001 | 4 | OVERPAYMENT | | | | | | | | | |
| CQC NCECCA23-00078 | 16-May-23 | 16-May-23 | PR | | 78,519.61 | TREYTON LEE THOMAS | | | O | 06 | 6855XX |

U.S. Courts
Case Inquiry Report
**Case Num:** DNCE516CR000298; **Party Num:** N/A; **Payee Code:** N/A
**Show Party Details:** Y; **Show Payee Details:** N; **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* / Account Number | Document Date / Debt Type Line # | Accomplished Date / Debt Type | Line Type | Payee Line # | Amount | Depository Line # | Party/Payee Name | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DNCE516CR000298-001 | 3 | OVERPAYMENT | | | | | | | | | |
| CQC NCECCA23-00078 | 16-May-23 | 16-May-23 | PR | | (78,519.61) | | TREYTON LEE THOMAS | | O | 06 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | | | | | | | | |
| PTC NCECCA23-01797 | 23-May-23 | 24-May-23 | PR | | 157,622.45 | | WELLS FARGO | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 10 | | | | 47572025 | | | |
| PTC NCECCA23-01798 | 23-May-23 | 24-May-23 | PR | | 676,232.00 | | MATTHEWS MOTORS INC | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 8 | | | | 3453768 | | | |
| CTC B061323DNCE516CR000298001588 | 13-Jun-23 | 03-Jul-23 | PR | | 25.00 | | TREYTON LEE THOMAS | | O | IP2 | 6855XX |
| DNCE516CR000298-001 | 4 | OVERPAYMENT | | | | | | | | | |
| PTC NCECCA23-02023 | 29-Jun-23 | 29-Jun-23 | PR | | 13,737.63 | | IRS - RACS | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 11 | | | | 48573389 | | | |
| PTC NCECCA23-02024 | 29-Jun-23 | 29-Jun-23 | PR | | 145.31 | | US ATTORNEY'S OFFICE | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 12 | | | | 48573430 | | | |
| CTC T071223DNCE516CR000298001101 | 12-Jul-23 | 12-Jul-23 | PR | | (13,857.94) | | TREYTON LEE THOMAS | | O | TOP2 | 6855XX |
| DNCE516CR000298-001 | 4 | OVERPAYMENT | | | | | | | | | |
| CQC NCECCA23-00117 | 11-Aug-23 | 11-Aug-23 | PR | | (25.00) | | TREYTON LEE THOMAS | | O | 06 | 6855XX |
| DNCE516CR000298-001 | 4 | OVERPAYMENT | | | | | | | | | |
| CQC NCECCA23-00117 | 11-Aug-23 | 11-Aug-23 | PR | | 25.00 | | TREYTON LEE THOMAS | | O | 06 | 6855XX |
| DNCE516CR000298-001 | 5 | OVERPAYMENT | | | | | | | | | |
| CTC B091123DNCE516CR000298001557 | 11-Sep-23 | 10-Oct-23 | PR | | 25.00 | | TREYTON LEE THOMAS | | O | IP2 | 6855XX |
| DNCE516CR000298-001 | 5 | OVERPAYMENT | | | | | | | | | |
| CTC B121123DNCE516CR000298001563 | 11-Dec-23 | 02-Jan-24 | PR | | 25.00 | | TREYTON LEE THOMAS | | O | IP2 | 6855XX |
| DNCE516CR000298-001 | 5 | OVERPAYMENT | | | | | | | | | |
| PTC NCECCA24-00984 | 25-Jan-24 | 25-Jan-24 | PR | | 894,063.12 | | DEALERS ASSURANCE COMPANY | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 2 | VICTIM RESTITUTION | | 6 | | | | 3760134 | | | |
| CTC B031124DNCE516CR000298001605 | 11-Mar-24 | 01-Apr-24 | PR | | 25.00 | | TREYTON LEE THOMAS | | O | IP2 | 6855XX |

**U.S. Courts**
**Case Inquiry Report**
**Case Num:** DNCE516CR000298; **Party Num:** N/A; **Payee Code:** N/A
**Show Party Details:** Y; **Show Payee Details:** N; **Show Transactions:** Y

**Transaction Information:**

| Document Type/Number* / Account Number | Document Date / Debt Type Line # | Accomplished Date / Debt Type | Line Type | Payee Line # | Amount | Party/Payee Name / Depository Line # | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| DNCE516CR000298-001 | 5 | OVERPAYMENT | | | | | | | | |
| PTC NCECCA24-02747 | 25-Jul-24 | 25-Jul-24 | PR | | 100.00 | BUREAU OF PRISONS | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 5 | OVERPAYMENT | | 1 | | | 58236889 | | | |
| PQC NCECCA26-00001 | 06-Nov-25 | 06-Nov-25 | PR | | 78,519.61 | TREYTON LEE THOMAS | | O | 03 | 6855XX |
| DNCE516CR000298-001 | 3 | OVERPAYMENT | | 1 | | | 69397616 | | | |

*** Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CCR | Cash Receipt - Courts CCA Conversion |
| CQC | Cash Receipt - Courts CCA Manual |
| CTC | Cash Receipt - Courts CCA Automated |
| PQC | General Payment Voucher - CCAM Manual |
| PTC | General Payment Voucher - CCAM Automated |

United States Treasury 15-51/000 B 455,269,211

Check No.

07 18 23 15030001 KANSAS CITY, MO 4039 48898779
000830474755 4039 48898779 M 00000JT2319812

Pay to the order of
Treyton L Thomas
Federal BOP Lock Box
Inmate Number 21592-084
P.O. Box 474701
Des Moines IA 50947 0001

$***13876*02

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

JDCM23002768 $13,876.02

⑈4039 2⑈ ⑆000000518⑆ 48898779 6⑈ 010723

FEDERAL BUREAU OF PRISONS
POWER OF ATTORNEY GRANTED
3751266352
926752887-05-006 20230728
DOJ 2P 21592084

FRB CLEVELAND >041036062<
DEPOSIT TO ACCT 3751266352
20230728

| | Type | RT | Date | ISN |
|---|---|---|---|---|
| Electronic Endorsements | Subsequent | 061000146 | 20230731 | 4243461218 |
| | BOFD | 041036062 | 20230728 | 41036060331101 |